

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00636-CV

———————————————————

IN RE GRAPEVINE MEDICAL MANAGEMENT SERVICES, LLC AND
BEVERLY KOTSANIS, Relators

Original Proceeding
Probate Court No. 1 of Tarrant County, Texas
Trial Court No. 2022-PR01407-1-D

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and our November 24, 2025 order staying the trial court's November 12, 2025 "Order on Pathward, NA's Motion to Compel" is vacated.

Per Curiam

Delivered: December 9, 2025